IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02155-MSK-MEH

JANET WITHAM,

    Plaintiff,

v.

LLOYD TRUJILLO, M.D.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 3, 2008.**

    Defendant's Notice of Withdrawal of Daniel M. Hubbard, Esq. [filed December 1, 2008; docket #12] is **granted**. Daniel M. Hubbard, Esq. is hereby permitted to withdraw as counsel.

    The parties are reminded of their obligations to comply fully with D.C. Colo. LCivR 7.1A. *See Hoelzel v. First Select Corp.*, 214 F.R.D. 634, 636 (D. Colo. 2003) (because Rule 7.1A requires meaningful negotiations by the parties, the rule is not satisfied by one party sending the other party a single email, letter or voicemail).