IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02155-MSK-MEH

JANET WITHAM,

    Plaintiff,

v.

LLOYD TRUJILLO, M.D.,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 18, 2009.**

    Plaintiff's Unopposed Motion to Amend Complaint [filed February 16, 2009; docket #23] is **granted**. The Clerk of Court is directed to accept the document at Docket #23-4, identified as the First Amended Complaint and Jury Demand.